| FORM B1 | United States Bankruptcy Court<br>District of Western New York | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**PARISI, CHARLES individually &** | Name of Joint Debtor (Spouse) (Last. First. Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**d/b/a North Street Subway** | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Tax I.D. No. (if more than one, state all):<br>3906 / 161245654 | Last four digits of Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**88 Royal Avenue<br>Buffalo, NY 14207** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**04-13727** |
| County of Residence or of the<br>Principal Place of Business: **Erie** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above): **35 North Street, Buffalo, NY 14202**

## Information Regarding the Debtor (Check Applicable Boxes)

**Venue** (Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) | | |
|---|---|---|---|---|
| ☒ Individual(s) | ☐ Railroad | ☒ Chapter 7 | ☐ Chapter 11 | ☐ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9 | ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding | | |
| ☐ Other_____ | ☐ Clearing Bank | | | |

**Nature of Debts** (Check one box)

☒ Consumer/Non-Business  ☐ Business

**Filing Fee** (Check one box)

☒ Full Filing Fee attached

☐ Filing fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay the fee except in installments. Rule 1006(b). See Official Form No. 3.

**Chapter 11 Small Business** (Check all boxes that apply)

☐ Debtor is a small business as defined in 11 U.S.C. § 101

☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to creditors.

This Space For Court Use Only

Estimated Number of Creditors

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More Than<br>$100 Million |
|---|---|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More Than<br>$100 Million |
|---|---|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

2004 MAY 19 AM 11: 5∂ BANKRUPTCY COURT W.D.N.Y. - BUFFALO FILED

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**PARISI, CHARLES individually & d/b/a North** |
|---|---|

| Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet) **Street Subway** | | |
|---|---|---|
| Location<br>Where Filed:  **NONE** | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____

Signature of Debtor    **CHARLES PARISI**

X _____

Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**May 19, 2004**
Date

**Signature of Attorney**

X _____

Signature of Attorney for Debtor(s)

**JOSEPH M. AUGUSTINE**

Printed Name of Attorney for Debtor(s)    Bar ID Number

**Law Offices of Joseph M. Augustine**

Firm Name

**1608 Statler Towers**

Address
**Buffalo, NY 14202**

**(716) 853-6200**

Telephone Number
**May 19, 2004**

Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____

Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐    Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____    **May 19, 2004**

Signature of Attorney **JOSEPH M. AUGUSTINE**    Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐    Yes, and Exhibit C is attached and made a part of this petition.

☒    No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____

Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

Adelphia  
PO Box 371449  
Pittsburgh, PA 15250-7449  
Acct. No.: 01658148592-01-04  
Amount Owed: $400

Services  
2004  
Ongoing

Adelphia  
355 Chicago Street  
Buffalo, NY 14204  
Acct. No.: 01-041001-32436712-00  
Amount Owed: $350

Services  
2001 Fall-Winter

Americredit  
4001 Embarcardero  
Arlington, TX 76014  
Acct. No.: 420125726  
Amount Owed: $23,175 (before auction)

Auto Purchase  
Jan 2004

Anesthesia Medical Consultants  
PO Box 67  
Bowmansville, NY 14026-0067  
Acct. No.: 24708  
Amount Owed: $850

Services  
Sept 2003

AT&T  
PO Box 78522  
Phoenix, AZ 85062-8522  
Acct. No.: 0303644010001  
Amount Owed: $350

Services  
2002

Buffalo Water Board  
281 Exchange Street  
Buffalo, NY 14204  
Acct. No.: 16188800  
Amount Owed: $725

Services  
2003  
Ongoing

Central Credit Services, Inc.  
PO Box 189  
St. Charles, MO 63302  
Acct. No.: 1523003506271881  
Amount Owed: $2,150

Credit Card  
1999

| | |
|---|---|
| Champion Mortgage<br>2 Gate Hall Drive<br>Parsippany, NJ 07054-4521<br>Acct. No.: 0100041615<br>Amount Owed: $32,000 | Mortgage<br>Fall 2002 |
| Citi Bank<br>c/o Northland Group Inc.<br>PO Box 390857<br>Edina, MN 55439<br>Acct. No.: F217985<br>Amount Owed: $750 | Credit Card<br>2001-2002 |
| CitiFinancial<br>PO Box 222178<br>Charlotte, NC 28222-2178<br>Acct. No.: 3306580163624<br>Amount Owed: $4,800 | Loan<br>Fall 2000 |
| City of Buffalo/Dept. of Sanitation<br>City Hall<br>65 Niagara Square, Room 604<br>Buffalo, NY 14202-3302<br>Acct. No.: G05335100<br>Amount Owed: $250 | Services<br>2004<br>Ongoing |
| City of Buffalo/Dept. of Assess. & Tax<br>City Hall<br>65 Niagara Square, Room 121<br>Buffalo, NY 14202<br>Acct. No.: 05335100<br>Amount Owed: $2,700 | Real Estate Taxes<br>2002-2003<br>Ongoing |
| DeLage Landen<br>1111 Old Eagle Road<br>PO Box 6608<br>Wayne, PA 19087-8608<br>Acct. No.: 315687<br>Amount Owed: $4,600 | Purchases |
| Department of Taxation & Finance<br>WA Harriman State Campus<br>Albany, NY 12227-0001<br>Acct. No.: 16-1245654<br>Amount Owed: $18,000 | Sales Tax<br>2000 to Current |

| | | |
|---|---|---|
| Eagle Credit Resources<br>460 Park Avenue<br>South NY, NY 10016<br>Acct. No.: 85759/File: 129389<br>Amount Owed: $4,600 | Credit Card<br>2000 | |
| ECMC Cardiology<br>338 Harris Hill Road<br>Suite 207<br>Williamsville, NY 14221<br>Acct. No.: 3107<br>Amount Owed: $40 | Services<br>Fall 2003 | |
| ECMC Health Care Network<br>462 Grider Street<br>Buffalo, NY 14215<br>Acct. No.: V1068115<br>Amount Owed: $11,100 | Services<br>Fall 2003 | |
| Erin Capital Management<br>845 N. Broadway<br>White Plains, NY 10603<br>Acct. No.: 1133370<br>Amount Owed: $900 | Purchases<br>Summer 2001 | |
| Fleet Bank<br>c/o Delta Mgt. Assoc.<br>100 Everet Avenue, Suite 6<br>PO Box 9191<br>Chelsea, MA 02150<br>Acct. No.: 00475554 or 9389754927<br>Amount Owed: $600 | Services<br>2003 | |
| Household Bank<br>c/o Malen & Assoc.<br>123 Frost Street<br>Westbury, NY 11590<br>Acct. No.: 064209738806<br>Amount Owed: $3,300 | Credit Card<br>2001<br>Ongoing | |
| Household Credit<br>c/o Northland Group Inc.<br>PO Box 390846<br>Edina, MN 55439<br>Acct. No.: F4443508<br>Amount Owed: $450 | Credit Card<br>2001-2002 | |

Imaging Assoc. of Buffalo  
PO Box 8000, Dept. 845  
Buffalo, NY 14267-0002  
Acct. No.: V0001068115  
Amount Owed: $600

Services  
Fall 2003

IRS

Cincinnati, OH 45999-0034  
Acct. No.: 16-1245654  
Amount Owed: $9,000

Taxes  
2000  
Ongoing

Lane Fire & Safety  
1243 Military Road  
Buffalo, NY 14217  
Acct. No.: 267257  
Amount Owed: $2,250

Services  
March 2004

M&C Leasing  
1050 Union Road, Suite 2  
W. Seneca, NY 14224  
Acct. No.:  
Amount Owed: $17,000

Equipment Leasing  
1999

Maple Leaf Foods  
2200 Harlem Road  
Cheektowaga, NY 14225  
Acct. No.: 1162220  
Amount Owed: $9,000

Goods  
2001

National Asset Recovery Services, Inc.  
PO Box 701  
Chesterfield, MO 63006-0701  
Acct. No.: 8050051881332603  
Amount Owed: $300

National Fuel Gas  
455 Main Street  
Buffalo, NY 14203  
Acct. No.: 3411322-03  
Amount Owed: $1,250

Services

NCO Financial  
PO Box 41457  
Philadelphia, PA 19101-1457  
Acct. No.: 76TC62  
Amount Owed: $1,200

Services

NCO Financial   Services  
PO Box 41457  
Philadelphia, PA 19101-1457  
Acct. No.: 39DC93  
Amount Owed: $850

NCO Financial   Services  
PO Box 41457  
Philadelphia, PA 19101-1457  
Acct. No.: 84DL07  
Amount Owed: $300

NCO Financial/NYSEG   Services  
PO Box 41457   2002  
Philadelphia, PA 19101-1457  
Acct. No.: 82QV8L  
Amount Owed: $200

NCO Financial/Key Bank   Services  
PO Box 41457  
Philadelphia, PA 19101-1457  
Acct. No.: 45B18D  
Amount Owed: $100

New York State/Dept. of Labor-UI Division  
Church Street Station   Taxes  
PO Box 1411  
New York, NY 10008-1411  
Acct. No.: 06407236  
Amount Owed: $200

Niagara Mohawk   Services  
PO Box 4798   2002-2003  
Syracuse, NY 13221-4798  
Acct. No.: 59600-15100  
Amount Owed: $1,020

Plaza Associates  
JAF Station  
PO Box 2769  
New York, NY 10116-2769  
Acct. No.: 659370613  
Amount Owed: $500

Retailers National Bank  
c/o Plaza Associates  
PO Box 18008  
Hauppauge, NY 11788-8808  
Acct. No.: 46659611  
Amount Owed: $900

Purchases  
2002

Security Mutual Ins. Co.  
c/o Williamson, Clune & Stevens  
317 North Tioga Street  
PO Box 126  
Ithaca, NY 14851-0126  
Acct. No.: FLP0135248  
Amount Owed: $100

Services  
2003

State Insurance Fund  
225 Oak Street  
Buffalo, NY 14203-1685  
Acct. No.: B861354-9  
Amount Owed: $2,300

Workers Comp  
2002-2004  
Ongoing

University Emergency Services  
c/o Mercantile Adjustment Bureau  
PO Box 9315A  
Acct. No.: 2598216  
Amount Owed: $250

Services  
2003

University @ Buffalo Surgeons Inc.  
462 Grider Street  
David Miller Building  
Buffalo, NY 14215  
Acct. No.: 37976  
Amount Owed: $1,500

Services  
Fall 2003

Verizon  
c/o Allied Interstate  
800 Interchange West  
435 Ford Road  
Minneapolis, MN 55426-1096  
Acct. No.: 030198752  
Amount Owed: $125

Services  
1996

Yellow Pages of America  
PO Box 1828  
Niagara Falls, NY 14302-1828  
Acct. No.: 446889  
Amount Owed: $600

Services  
1989

Zurich  
8723 Innovation Way  
Chicago, IL 60682-0087  
Acct. No.:  
Amount Owed: $200

Services  
2004-Current

Adelphia
PO Box 371449
Pittsburgh, PA 15250-7449


Adelphia
355 Chicago Street
Buffalo, NY 14204


Americredit
4001 Embarcardero
Arlington, TX 76014


Anesthesia Medical Consultants
PO Box 67
Bowmansville, NY 14026-0067


AT&T
PO Box 78522
Phoenix, AZ 85062-8522


Buffalo Water Board
281 Exchange Street
Buffalo, NY 14204


Central Credit Services, Inc.
PO Box 189
St. Charles, MO 63302


Champion Mortgage
2 Gate Hall Drive
Parsippany, NJ 07054-4521


Citi Bank
c/o Northland Group Inc.
PO Box 390857
Edina, MN 55439


CitiFinancial
PO Box 222178
Charlotte, NC 28222-2178

City of Buffalo/Dept. of Sanitation
City Hall
65 Niagara Square, Room 604
Buffalo, NY 14202-3302


City of Buffalo/Dept. of Assess. & Tax
City Hall
65 Niagara Square, Room 121
Buffalo, NY 14202


DeLage Landen
1111 Old Eagle Road
PO Box 6608
Wayne, PA 19087-8608


Department of Taxation & Finance
WA Harriman State Campus
Albany, NY 12227-0001


Eagle Credit Resources
460 Park Avenue
South NY, NY 10016


ECMC Cardiology
338 Harris Hill Road
Suite 207
Williamsville, NY 14221


ECMC Health Care Network
462 Grider Street
Buffalo, NY 14215


Erin Capital Management
845 N. Broadway
White Plains, NY 10603



Fleet Bank
c/o Delta Mgt. Assoc.
100 Everet Avenue, Suite 6
PO Box 9191
Chelsea, MA 02150


Household Bank
c/o Malen & Assoc.
123 Frost Street

Household Credit
c/o Northland Group Inc.
PO Box 390846
Edina, MN 55439


Imaging Assoc. of Buffalo
PO Box 8000, Dept. 845
Buffalo, NY 14267-0002


IRS

Cincinnati, OH 45999-0034


Lane Fire & Safety
1243 Military Road
Buffalo, NY 14217


M&C Leasing
1050 Union Road, Suite 2
W. Seneca, NY 14224


Maple Leaf Foods
2200 Harlem Road
Cheektowaga, NY 14225


National Asset Recovery Services, Inc.
PO Box 701
Chesterfield, MO 63006-0701


National Fuel Gas
455 Main Street
Buffalo, NY 14203


NCO Financial
PO Box 41457
Philadelphia, PA 19101-1457


NCO Financial
PO Box 41457
Philadelphia, PA 19101-1457


NCO Financial
PO Box 41457
Philadelphia, PA 19101-1457

NCO Financial/NYSEG
PO Box 41457
Philadelphia, PA 19101-1457


NCO Financial/Key Bank
PO Box 41457
Philadelphia, PA 19101-1457


New York State/Dept. of Labor-UI Division
Church Street Station
PO Box 1411
New York, NY 10008-1411


Niagara Mohawk
PO Box 4798
Syracuse, NY 13221-4798


Plaza Associates
JAF Station
PO Box 2769
New York, NY 10116-2769


Retailers National Bank
c/o Plaza Associates
PO Box 18008
Hauppauge, NY 11788-8808


Security Mutual Ins. Co.
c/o Williamson, Clune & Stevens
317 North Tioga Street
PO Box 126
Ithaca, NY 14851-0126


State Insurance Fund
225 Oak Street
Buffalo, NY 14203-1685


University Emergency Services
c/o Mercantile Adjustment Bureau
PO Box 9315A


University @ Buffalo Surgeons Inc.
462 Grider Street
David Miller Building

Verizon
c/o Allied Interstate
800 Interchange West
435 Ford Road
Minneapolis, MN 55426-1096


Yellow Pages of America
PO Box 1828
Niagara Falls, NY 14302-1828


Zurich
8723 Innovation Way
Chicago, IL 60682-0087